UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **19 CR 416** |
| NATALIA TORRES | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

United States Courts
Southern District of Texas
**FILED**

**JUN 05 2019**

David J. Bradley, Clerk of Court

## COUNT ONE

On or about the 18th day of July, 2018, in the Houston Division of the Southern District of Texas, the **Defendant**,

### NATALIA TORRES

did knowingly make a false statement and representation with respect to information required to be kept in the records of Lone Star Defense and Arms, a federally licensed firearms dealer in connection with the acquisition of a National Military, Model AR-15, 5.56 caliber rifle and a D.P.M.S., Model: A-15, 5.56 caliber rifle, in that the defendant, Natalia TORRES, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that she was the actual buyer of the firearms described above.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

Original Signature on File
**FOREPERSON OF THE GRAND JURY**

RYAN K. PATRICK
UNITED STATES ATTORNEY
BY:
Britni Cooper
Assistant United States Attorney